478 A.2d 66

Project Management v. Rakowski, Appellant.

Argued March 7, 1984. Randolph A. Scott, for appellant; Robert S. Redler, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order affirmed.

478 A.2d 66

Santiago et ux. v. Bender, Appellant.

Argued November 1, 1983. Theodore W. Branin, for appellant; Marc Roberts, for appellees.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order affirmed.